IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA, )
)
) Criminal Case No.
) 7:19-CR-24
v. )
)
Kehana James )
)
Defendant(s). )

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

Defendant **Kehana James** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

☐ Initial Appearance/Appointment of Counsel

☐ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Preliminary Hearing on Felony Complaint

☐ Bail/Revocation/Detention Hearing

☑ Status and/or Scheduling Conference

☐ Misdemeanor Plea/Trial/Sentence

☐ Felony Guilty Plea

☐ Felony Sentencing

☐ Supervised Release/Probation Revocation Hearing

_/s/ Kehana James_	_/s/ Anthony Anderson_
Defendant's Signature	Defense Counsel's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kehana James**	**Anthony Anderson**
Print Defendant's Name	Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

03/09/2021	Michael F. Urbanski
	Chief U.S. District Judge
	2021.03.09 09:28:05 -05'00'
Date	U.S. District Judge/U.S. Magistrate Judge