UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:19-CR-00024 |
| | : |
| KEHANA RENEE JAMES | : |

## STATEMENT OF FACTS

The following statement of facts is incorporated by reference as part of the plea agreement in Case No. 7:19-CR-24 between the United States and the defendant, Kehana Renee James. This statement of facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. It is not protected by proffer agreement or any other agreement and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

Kehana James hereby agrees and stipulates that the following information is true and accurate:

1.  In a conspiracy that existed between approximately January 2017 and September 2018, Kehana Renee James knowingly and intentionally conspired with other individuals to possess with the intent to distribute and distribute mixtures or substances containing methamphetamine and heroin. In particular, and with respect to her plea agreement, Ms. James was part of a conspiracy with Stephen Cornell

Vaughn and others, the object of which was to possess with the intent to distribute and to distribute at least 500 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and at least 100 grams of a mixture and substance containing heroin, a Schedule I controlled substance.

2. As part of the conspiracy, Ms. James acquired methamphetamine and heroin from Stephen Cornell Vaughn at different points during the conspiracy and then redistributed these substances to others within the Western District of Virginia, including co-conspirator, Nora Harper and others. For example, on July 3, 2017, Nora Harper arranged by phone to purchase a quantity of heroin from Stephen Cornell Vaughn. At Stephen Vaughn's direction, Ms. James transported the heroin to Nora Harper to make the sale, returning proceeds of the transaction to Stephen Vaughn. Laboratory analysis establishes that the substance sold by Ms. James on this date was a measurable quantity of a mixture and substance containing heroin, a Schedule I controlled substance.

Date: 6/2/2021

Kehana Renee James, Defendant

Date: June 2, 2021

Anthony Anderson, Esq.
Counsel for Defendant

Date: June 2, 2021

Kari Munro
Assistant United States Attorney