IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.                                              Criminal Action No. 7:19cr00024

KEHANA RENEE JAMES

In the presence of Anthony Anderson, my counsel, who has fully explained the charges contained in the superseding indictment against me, and having received a copy of the superseding indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said superseding indictment, and to a lesser included offense of conspiring to possess with the intent to distribute and distribute 100 grams or more of heroin, a Schedule I controlled substance, without an enhancement for serious bodily injury in Count 4 of the superseding indictment, and Count 5 of the superseding indictment. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

June 3, 2021
_____
Date

_____
Witness