IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**CRIMINAL MINUTES - GUILTY PLEA HEARING**

**Case No.:** 7:19CR00024           **Date:** 6/3/21

**Defendant:** Kehana Renee James, bond         **Counsel:** Tony Anderson, CJA

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ    TIME IN COURT: 9:13-10:25 1h 12m
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Judy Webb
- U. S. Attorney: Kari Munro
- USPO: Brittany Warren
- Case Agent: none
- Interpreter: none

**PROCEEDINGS**: Parties present by ZoomGov – dft waives in person appearance and consents to video conference, no objection.  Court deems it is in the best interest of the public to go forward, citing the pandemic.

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court; SOF filed with the court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea.  Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts 5 and to the lessering included Ct 4 (PWID heroin, without enhancement for bodily injury)

OR

- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | lesser included in Ct 4 PWID heroin, without enhancement for bodily injury, Ct 5 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.

| | |
|---|---|
| ☐ | Copy of Presentence Report not requested. |
| ☒ | Defendant to remain on bond – US is not seeking pre-sentencing detention for reasons stated on the record.  Dft counsel concurs.  Court finds exceptional circumstances and dft to remain on terms and conditions of the bond until sentencing for reasons stated on the record. |
| ☐ | Defendant remanded to custody. |
| ☒ | Sentencing hearing scheduled for TBD before Judge Urbanski. |

<u>Additional Information:</u>
Dft states she remains fully satisfied with her representation in this case.