IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE _____ DIVISION

UNITED STATES OF AMERICA, )
)
)
)  Criminal Case No.
)
)  **7:19-CR-00024**
v. )
)
KEHANA RENEE JAMES )
_____, )
)
Defendant(s). )

## CONSENT TO PROCEED BY VIDEO CONFERENCE

Defendant **KEHANA RENEE JAMES** _____ hereby voluntarily consents to

participate in the following proceeding via videoconferencing:

- [ ] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence
- [x] Felony Guilty Plea
- [ ] Felony Sentencing
- [ ] Supervised Release/Probation Revocation Hearing

_Kehana Jam_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kehana Renee James
_____
Print Defendant's Name

_[signature]_____
Defense Counsel's Signature

Anthony F. Anderson
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

June 3, 2021
_____
Date

_[signature]_

Michael F. Urbanski
Chief U.S. District Judge
2021.06.03 13:51:33
-04'00'
_____
U.S. District Judge/U.S. Magistrate Judge